

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 07-22938-CIV-SEITZ/O'SULLIVAN

HENRY J. ESQUIVEL,

     Plaintiff,

v.

BENCO CONTRACTORS GROUP, CORP.
and PEDRO J. BENDANA, individually,

     Defendants.

_____/

## NOTICE OF COURT PRACTICE REGARDING SETTLEMENT AND CLOSING CASE

THIS MATTER is before the Court on the Report of Mediation [DE-25], indicating that this case has settled. It is hereby

ORDERED that:

(1) The parties shall file a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), as well as all documents required by this Court's Order Requiring Joint Scheduling Report [DE-6] by **April 21, 2008**. Pursuant to paragraph 3.K of that Order, the parties must also submit the settlement agreement for approval along with separate designation of fees and costs. Plaintiff's counsel must provide itemized billing records outlining the hours spent handling the case and support for a reasonable hourly fee rate, including cases where Plaintiff entered a contingency fee agreement. In such cases, Plaintiff's counsel must certify that the contingency fee agreement complies with Florida Bar Rule 4-1.5(f). <u>The parties are reminded that they may not file the settlement agreement or any of the other required documents under seal or request the Court's</u> <u>*in camera*</u> <u>review of these documents;</u>

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(3) This case is CLOSED for statistical purposes.

DONE and ORDERED in Miami, Florida, this 4ᵗʰ day of April, 2008.

*Patricia A. Seitz*

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Magistrate Judge John J. O'Sullivan